# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

05/05/2022

IN RE:

JAMES M. FISHER                                    Case No.17-24819 JAD
KATHLEEN A. FISHER
1864 BETHEL CHURCH ROAD                            Chapter 13
LATROBE,  PA  15650
XXX-XX-7873         Debtor(s)

XXX-XX-6855

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/5/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4327 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA 23541 | COMMENT:  WALMART/PRAE | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O BANK OF AMERICA NA** | Court Claim Number:14 | ACCOUNT NO.: 5253 |
| PO BOX 660933 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0933 | COMMENT:  PMT/OMNIBUS DECL*DK4PMT-LMT*2ND/SCH*DKT! | |

| | | |
|---|---|---|
| **FIFTH THIRD BANK** | Trustee Claim Number:3   INT %: 4.00% | CRED DESC:  VEHICLE |
| ATTN CONSUMER BKRPTCY PMT DIVISION** | Court Claim Number:3 | ACCOUNT NO.: 4193 |
| 1830 EAST PARIS SE MS#RSCB3E | | |
| | CLAIM:  12,887.48 | |
| GRAND RAPIDS, MI  49546 | COMMENT:  W/21*$CL-PL@4%MDF/PL | |

| | | |
|---|---|---|
| **PERITUS PORTFOLIO SERVICES*** | Trustee Claim Number:4   INT %: 3.99% | CRED DESC:  VEHICLE |
| PO BOX 141419 | Court Claim Number:6 | ACCOUNT NO.: 6060 |
| | CLAIM:  14,431.41 | |
| IRVING, TX  75014-1419 | COMMENT:  14397.78@3.99%MDF/PL*FR FNB-DOC 64 | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:18 | ACCOUNT NO.: 2587 |
| POB 65450* | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 12/17 | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:11 | ACCOUNT NO.: 7863 |
| PO BOX 2011 | | |
| | CLAIM:  3,325.17 | |
| WARREN, MI  48090 | COMMENT:  1863/SCH*CAPITAL ONE | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:12 | ACCOUNT NO.: 9982 |
| PO BOX 2011 | | |
| | CLAIM:  5,167.66 | |
| WARREN, MI  48090 | COMMENT:  CAPITAL ONE | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:7 | ACCOUNT NO.: 8692 |
| PO BOX 2011 | | |
| | CLAIM:  1,248.21 | |
| WARREN, MI  48090 | COMMENT:  SHERMAN/CREDIT ONE BANK | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:5 | ACCOUNT NO.: 4626 |
| | CLAIM:  2,877.13 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  7810/SCH | |

| | | |
|---|---|---|
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:13 | ACCOUNT NO.: 6273 |
| PO BOX 41031 | | |
| | CLAIM:  546.69 | |
| NORFOLK, VA  23541 | COMMENT:  NO ACCT/SCH*CAPITAL ONE | |

**CLAIM RECORDS**

| COMENITY BANK | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR/SCH | |

| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:16 | ACCOUNT NO.: 2892 |
| | CLAIM: 3,836.97 | |
| KIRKLAND, WA 98083-0788 | COMMENT: COMENITY/GANDER MTN | |

| DISCOVER BANK(*) | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.: 8637 |
| PO BOX 3025 | CLAIM: 1,098.51 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: 6637/SCH | |

| DISCOVER BANK(*) | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.: 6814 |
| PO BOX 3025 | CLAIM: 8,274.05 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| DEPARTMENT STORES NATIONAL BANK | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:10 | ACCOUNT NO.: 2360 |
| PO BOX 657 | CLAIM: 1,581.59 | |
| KIRKLAND, WA 98083-0657 | COMMENT: MACY'S | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.: 5763 |
| | CLAIM: 510.48 | |
| NORFOLK, VA 23541 | COMMENT: CITIBANK/THD | |

| REDEFINGING STANDARDS | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| EQUI VEST PROCESSING OFFICE | Court Claim Number: | ACCOUNT NO.: 4673 |
| PO BOX 4956 | CLAIM: 0.00 | |
| SYRACUSE, NY 13221 | COMMENT: | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:4 | ACCOUNT NO.: 1046 |
| | CLAIM: 2,862.70 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY/AEO | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:8 | ACCOUNT NO.: 4327 |
| | CLAIM: 715.96 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY/WAL-MART | |

| SYNCHRONY BANK | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~PRA/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FIFTH THIRD BANK** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN CONSUMER BKRPTCY PMT DIVISION** | Court Claim Number:3 | ACCOUNT NO.:  4193 |
| 1830 EAST PARIS SE MS#RSCB3E | | |
| | CLAIM:  74.97 | |
| GRAND RAPIDS, MI  49546 | COMMENT:  NO GEN UNS/SCH*W/3 | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:18 | ACCOUNT NO.:  2587 |
| POB 65450* | | |
| | CLAIM:  10,473.83 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  CL18GOV*8k/PL*THRU 11/17 | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O BANK OF AMERICA NA** | Court Claim Number:14 | ACCOUNT NO.:  5253 |
| PO BOX 660933 | | |
| | CLAIM:  2,906.44 | |
| DALLAS, TX  75266-0933 | COMMENT:  CL14GOV*1500/PL@BOA*2ND/SCH | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:9 | ACCOUNT NO.:  0001 |
| | CLAIM:  575.16 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  BANK OF NY MELLON/PRAE | |

| | | |
|---|---|---|
| **WEST PENN POWER*** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY | Court Claim Number:17 | ACCOUNT NO.:  3345 |
| 5001 NASA BLVD | | |
| | CLAIM:  983.83 | |
| FAIRMONT, WV  26554 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BANK OF NY MELLON/PRAE | |