IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-24819-JAD |
| James M. Fisher | ) | Chapter 13 |
| Kathleen A. Fisher | ) | |
|     Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     vs. | ) | Related to Doc. #83 |
| James M. Fisher | ) | |
| Kathleen A. Fisher | ) | |
|     Respondent(s) | ) | **DEFAULT O/E JAD** |

**ORDER**

AND NOW, this  15th  day of           December          , **2022**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐  This case is **DISMISSED**, with prejudice.  The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒  This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A. Each wage attachment issued in this case is now terminated.  So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B. This case is administratively closed.  However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

1

  E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

  (1) the time deadline provided by state law; or

  (2) 30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ with / _____ without prejudice, without further notice or hearing.

☐

  Other:

Dated: 12/15/2022

BY THE COURT:

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
12/15/22 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James M. Fisher  
Kathleen A. Fisher  
    Debtors

Case No. 17-24819-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Dec 15, 2022      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M. Fisher, Kathleen A. Fisher, 1864 Bethel Church Road, Latrobe, PA 15650-5406 |
| 14737486 | + | Capital One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14737494 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Western Pennslvania), P.O. Box 630778, Cincinnati, OH 45263 |
| 14737495 | + | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 14737498 | + | Redefining/Standards, Equi-Vest Processing Office, P.O. Box 4956, Syracuse, NY 13221-4956 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 00:04:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 00:04:00 | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14737483 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 00:04:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14786760 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2022 00:05:11 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14737484 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:04:55 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14752123 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:05:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14737487 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:04:55 | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14737488 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 16 2022 00:05:10 | Capital One N.A., c/o The Bureaus, 650 Dundee Road - Suite 370, Northbrook, IL 60062-2757 |
| 14737489 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Dec 16 2022 00:04:00 | Comenity Bank, c/o JH Portfolio Debt Equ, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14737490 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2022 00:04:00 | Comenity Bank/GNDRMTMC, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14737491 | | Email/Text: mrdiscen@discover.com | Dec 16 2022 00:04:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14737493 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:04:58 | DSNB/MACYS, P.O. Box 8218, Monroe, OH 45050 |
| 14777383 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 17-24819-JAD   Doc 88   Filed 12/17/22   Entered 12/18/22 00:23:23   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 16 2022 00:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14743316 | | Email/Text: mrdiscen@discover.com | Dec 16 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14750109 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Dec 16 2022 00:04:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14753320 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 16 2022 00:04:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14737496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:04:58 | Home Depot/CitiBank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14753509 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2022 00:04:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 15318918 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 16 2022 00:04:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14737497 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 16 2022 00:04:00 | PNC Bank, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14818192 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 16 2022 00:04:00 | PNC Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14752038 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 00:05:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14738714 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2022 00:05:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805088 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2022 00:04:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14737499 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 00:05:24 | SYNCB/Amer Eagle DC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14737500 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 00:04:57 | Syncb/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14737501 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 00:05:10 | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14791139 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 00:04:00 | THE BANK OF NEW YORK MELLON FKA THE BANK***, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14768662 | | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:05:10 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14810881 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 16 2022 00:04:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| cr | | Bank of America, N.A. |
| cr | | PNC Bank, National Association c/o Select Portfoli |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON, FKA |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 35

| | | |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14737485 | *+ | Capital One, P.O.Box 30285, Salt Lake City, UT 84130-0285 |
| 14737492 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |

TOTAL: 6 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

**Name** | **Email Address**

Bradley Joseph Osborne
on behalf of Creditor PNC Bank  National Association c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Daniel R. White
on behalf of Joint Debtor Kathleen A. Fisher lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of Debtor James M. Fisher lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Danielle Boyle-Ebersole
on behalf of Creditor PNC Bank  National Association c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Karina Velter
on behalf of Creditor PNC Bank  National Association c/o Select Portfolio Servicing, Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Maria Miksich
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A.,AS INDENTURE TRUSTEE FOR THE CWABS

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 35 |

REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA pawb@fedphe.com

Thomas Song
    on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

Thomas Song
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK ET. AL. pawb@fedphe.com

TOTAL: 11