**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JAMES M. FISHER
    KATHLEEN A. FISHER
        Debtor(s)

  Ronda J. Winnecour
       Movant
    vs.
  No Respondents.

Case No.:17-24819 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/30/2017 and confirmed on 01/26/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,610.01 |
| Less Refunds to Debtor | 447.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 93,162.51 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 4,290.80 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,290.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON | 0.00 | 10,349.50 | 0.00 | 10,349.50 |
|   Acct: 5253 | | | | |
| PNC BANK NA | 0.00 | 38,731.52 | 0.00 | 38,731.52 |
|   Acct: 2587 | | | | |
| PNC BANK NA | 10,473.83 | 4,846.22 | 0.00 | 4,846.22 |
|   Acct: 2587 | | | | |
| BANK OF NEW YORK MELLON | 2,906.44 | 1,344.81 | 0.00 | 1,344.81 |
|   Acct: 5253 | | | | |
| FIFTH THIRD BANK | 12,887.48 | 12,317.27 | 1,404.74 | 13,722.01 |
|   Acct: 4193 | | | | |
| PERITUS PORTFOLIO SERVICES* | 14,431.41 | 13,766.81 | 1,572.92 | 15,339.73 |
|   Acct: 6060 | | | | |
| | | | | 84,333.79 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAMES M. FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JAMES M. FISHER | 447.50 | 447.50 | 0.00 | 0.00 |
| Acct: | | | | |
| PURCELL LAW OFFICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JERRY PURCELL ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JERRY PURCELL ESQ++ | 2,231.22 | 2,231.22 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,768.78 | 1,768.78 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 2,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 537.92 | 537.92 | 0.00 | 537.92 |
| Acct: XXXXXXXK NA | | | | |
| | | | | 537.92 |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC | 3,325.17 | 0.00 | 0.00 | 0.00 |
| Acct: 7863 | | | | |
| MIDLAND FUNDING LLC | 5,167.66 | 0.00 | 0.00 | 0.00 |
| Acct: 9982 | | | | |
| MIDLAND FUNDING LLC | 1,248.21 | 0.00 | 0.00 | 0.00 |
| Acct: 8692 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,877.13 | 0.00 | 0.00 | 0.00 |
| Acct: 4626 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 546.69 | 0.00 | 0.00 | 0.00 |
| Acct: 6273 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,836.97 | 0.00 | 0.00 | 0.00 |
| Acct: 2892 | | | | |
| DISCOVER BANK(*) | 1,098.51 | 0.00 | 0.00 | 0.00 |
| Acct: 8637 | | | | |
| DISCOVER BANK(*) | 8,274.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6814 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,581.59 | 0.00 | 0.00 | 0.00 |
| Acct: 2360 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 510.48 | 0.00 | 0.00 | 0.00 |
| Acct: 5763 | | | | |
| REDEFINGING STANDARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4673 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,862.70 | 0.00 | 0.00 | 0.00 |
| Acct: 1046 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 715.96 | 0.00 | 0.00 | 0.00 |
| Acct: 4327 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIFTH THIRD BANK | 74.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4193 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 575.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 983.83 | 0.00 | 0.00 | 0.00 |
| Acct: 3345 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4327 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 17-24819 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 84,871.71 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 537.92 | |
| SECURED | 40,699.16 | |
| UNSECURED | 33.679.08 | |

Date: 03/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com